# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

REBA J. COUTERMARSH,

        Debtor.

Case No. F14-00441-GS
Chapter 13

## ORDER DISMISSING CASE

A hearing on this court's *Order to Show Cause Regarding Failure to Comply with Prior Court Order* (ECF No. 20), and on the United States Trustee's *Standing Motion to Dismiss on Shortened Time* (ECF No. 19), was held before the undersigned on February 24, 2015. Larry Compton, Chapter 13 Trustee, appeared on his own behalf. Thomas Buford appeared by telephone for the United States Trustee. The debtor did not attend the hearing, nor has she corrected the filing deficiencies noted in United States Trustee's *Motion*. Additionally, the debtor has failed to pay the balance of her filing fee or otherwise respond to the *Order to Show Cause Regarding Failure to Comply with Prior Court Order*. Therefore,

**IT IS ORDERED** that the *Standing Motion to Dismiss* is GRANTED and the chapter 13 petition of the debtor is dismissed. The chapter 13 trustee, Larry Compton, is authorized to return to the debtor any funds which he may have collected from her, after payment of trustee's fees and expenses and bankruptcy clerk's fees, if any.

DATED: February 25, 2015.

BY THE COURT

 /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: Debtor, Pro Se
      L. Compton, Trustee
      T. Buford, Esq.
      U. S. Trustee
      Case Manager
      P. Gingras, Financial Deputy
      SVS