**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
**605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296**
**Phone (907) 271–2655**

In Re:
Debtor: Reba J. Coutermarsh
546 9th Avenue, Suite C
Fairbanks, AK 99701

Debtor's SSN: xxx–xx–9918
Debtor's Tax ID: 20–1514984
Debtor's Alias
aka Smith, aka Baker, aka Wright

Case No. F14–00441 – GS
Chapter 13

NOTICE OF DISMISSAL OF
CHAPTER 13 CASE WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that an order dismissing the above entitled case without prejudice was entered by this court on February 25, 2015

Dated: March 13, 2015

Jan S. Ostrovsky
Clerk of Court

Attorney for Debtor:
Reba J. Coutermarsh
546 9th Avenue, Suite C
Fairbanks, AK 99701